**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  02-22119-CIV-UNGARO-BENAGES/BROWN

IRENE REED, and others            )
similarly-situated,               )
                                  )
              Plaintiff,          )
vs.                               )
                                  )
WELLS FARGO HOME                  )
MORTGAGE, INC.,                   )
                                  )
              Defendant.          )
_____  )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, IRENE REED, and Defendant, WELLS FARGO HOME MORTGAGE,

INC., by and through their undersigned counsel, hereby stipulate that based upon the settlement

reached by the parties in the above-captioned action, all claims be dismissed with prejudice, with

each side to bear its own costs and disbursements.

Dated this 2⁷ᵗʰ day of ___January___ 2003.

Date: _1- 16 - 0 3_                    Date: _1/29/03_
Eddy O. Marban, Esq.                   JACKSON LEWIS LLP
782 NW LeJeune Road                    2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33126                   Miami, Florida  33131
Telephone: (305) 448-9292             Telephone: (305) 577-7600
Facsimile: (305) 448-2788             Facsimile: (305) 373-4466
E-Mail: emarban@aol.com               E-Mail: *deblasip@jacksonlewis.com*

By: _____             By: _____
    Eddy O. Marban, Esq.                  Patrick G. DeBlasio, Esq.
    Florida Bar No. _425960_              Florida Bar No. 871737
    Attorneys for Plaintiff               Attorneys for Defendant